IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) CRIMINAL NO. 08-00378-001-CG |
| GAIL RENITA ALLEN, | ) |
| Defendant. | ) |
| | ) |
| and | ) |
| | ) |
| FELDER SERVICES, INC., | ) |
| and its successors or assigns, | ) |
| | ) |
| Garnishee. | ) |

## ORDER AMENDING FINAL ORDER OF WAGE GARNISHMENT

This matter comes before the Court on the United States' Motion to Amend Final Order of Wage Garnishment, filed on August 5, 2015. (Doc. 32). The Court being fully advised in the premises, and for good cause shown, finds the Motion should be, and is hereby **granted**.

IT IS THEREFORE ORDERED:

1. The Final Order of Wage Garnishment, (Doc. 31), is hereby amended and the Garnishee is directed on the first pay period following receipt of this Order, to begin withholding 10% per pay period from the Defendant's net pay.

2. The Garnishee, Felder Services, Inc., shall pay into the hands of the U.S. Clerk of Court, *at least monthly*, the **lesser** of:

    a. **10%** per pay period

1

      b. All amounts of Defendant's disposable earnings in excess of thirty times the federal minimum hourly wage.

*See* 15 U.S.C. § 1673(a).

To calculate the disposable earnings, the Garnishee will subtract the following from wages, commissions, bonuses, and income:

1. Federal Income Tax
2. Federal Social Security Tax;
3. Medicare
4. State Adjusted Gross Income Tax;
5. County Option Tax (if any).

Checks should be made payable to, and mailed to:

    Clerk of Court
    U.S. District Court
    113 St. Joseph Street
    Mobile, AL 36602

    Ref: Gail Renita Allen/08-00378-001

3. These garnished sums are to be applied upon the Judgment rendered in this case on May 20, 2009, in the amount of $52,200.00, upon which there is an unpaid balance of 42,422.53 as of August 6, 2015. *These deductions are to continue until the unpaid balance until the garnishee no longer has possession or control of salary, wages, or other compensation belonging to the defendant.*

4.      Garnishee will notify the United States Attorney's Office, Attn: Financial Litigation Unit, 63 S. Royal Street, Suite 600, Mobile, Alabama  36602, within ten (10) days of defendant's termination or resignation.

5.      Plaintiff, United States, will make an annual accounting to the Garnishee and Defendant pursuant to 28 U.S.C. §3205(c)(9)(A).

6.      The United States will conduct a bi-annual review of Defendant's financial condition and ability to pay, and may request this Court amend the wage garnishment percentage withheld.

7.      This Order shall take effect after all prior orders of garnishment, if any, have been satisfied.  Pursuant to 28 U.S.C. § 3205(c)(8), judicial orders and garnishments for the support of a person shall have priority over this Writ of Garnishment.  As to any other writ of garnishment or levy, this Writ of Garnishment has prior over writs which are issued *later* in time.

**DONE and ORDERED** this 6th day of August, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE